# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALQUIDANIA BAEZ, | |
| Petitioner | No. 3:11-CV-1884 |
| v. | (JUDGE CAPUTO) |
| WILLIAM J. NEALON, | (MAGISTRATE JUDGE CARLSON) |
| Respondent | |

## ORDER

**NOW** this 13th day of December, 2011, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 3) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 3) is **ADOPTED** as construing Plaintiff's action as a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255.

(2) The Clerk of Court is directed to **REFER THIS MOTION** to the appropriate judge pursuant to Rule 4(a) of the Rules Governing Section 2255 Proceedings for the United States District Courts.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge